S.D.N.Y. – W. P.
21-cv-7532
McMahon, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of January, two thousand twenty-two.

Present:
>    Michael H. Park,
>    Beth Robinson,
>        *Circuit Judges*,
>    Jed S. Rakoff,
>        *District Judge.* *

---

Purdue Pharma, L.P., et al.,

>    *Petitioners*,                                                22-85 (L),
> v.                                                               22-88 (Con),
>                                                                  22-90 (Con),
State of Washington, et al.,                                       22-94 (Con),
>                                                                  22-96 (Con),
>    *Respondents*.                                                22-97 (Con)

---

Petitioners request, pursuant to 28 U.S.C. § 1292(b), leave to appeal an interlocutory order of the district court and to expedite the appeals. Upon due consideration, it is hereby ORDERED that the petitions for leave to appeal are GRANTED. *See Klinghoffer v. S.N.C. Achille Lauro*, 921 F.2d 21, 23-25 (2d Cir. 1990). The parties shall address any and all issues bearing on the legal authority of the bankruptcy court—constitutional, statutory, or otherwise—to authorize the non-consensual releases of third-party direct claims against non-debtors.

It is further ORDERED that the requests to expedite the appeals also are GRANTED. Appellants' briefs are due on February 11, 2022; Appellees' briefs are due on March 11, 2022; reply briefs, if any, are due on March 24, 2022; and the joint appendix and final briefs are due on March 28, 2022.

---

* Judge Jed S. Rakoff, of the United States District Court for the Southern District of New York, sitting by designation.

The Court will schedule oral argument the week of April 25, 2022, or as soon thereafter as practicable.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court